■ JOHN A. HINCHEY, Individually and as Guardian of PATRICIA HINCHEY, an Infant, Respondent, v DANIEL BEITER et al., Appellants. (Action No. 1.) DANIEL BEITER, Respondent, v MAIN LINE FLEETS, INC., Appellant. (Action No. 2.)—Order unanimously affirmed, with costs, to abide the event on the opinion at Trial Term, Kuszynski, J. (Appeals from order of Erie Supreme Court in automobile negligence action.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Witmer, JJ.

■ RICHARD J. WALSH, Respondent, v JOHN L. SYMS et al., Appellants. —Appeal unanimously dismissed, with costs, in accordance with the following memorandum: No appeal lies from a judgment entered by default (CPLR 5511; 10 Carmody-Wait, 2d, §§ 70:25, 70:58), nor can such judgment be amended on appeal *(Herpe v Herpe,* 225 NY 323, 327). Defendants' remedy, if any, is by motion to open the default and vacate the judgment. Were the appeal properly before us from an order denying a motion to open the default and vacate the judgment, we would affirm on the merits. (Appeal from judgment of Niagara Supreme Court in action on promissory note.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Witmer, JJ.

■ BRIAN PEPPY, an Infant, by DOROTHY E. BAILEY, Individually and as His Mother and Natural Parent, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 51957.)—Judgment unanimously affirmed, without costs, for the reasons stated by the Referee, former Court of Claims Judge DelGiorno, in his memorandum decision. (Appeal from judgment of Court of Claims dismissing negligence claim.) Present—Marsh, P. J., Moule, Cardamone, Simons and Witmer, JJ.

■ OLGA KARDASZ, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent.—Judgment unanimously affirmed, without costs, for the reasons stated in the opinion of the Court of Claims, DeIorio, J. (Appeal from judgment of Court of Claims in claim for damages for appropriation of easement.) Present—Marsh, P. J., Moule, Cardamone, Simons and Witmer, JJ.

■ ROME URBAN RENEWAL AGENCY, Respondent, v CARL PALMA et al., Appellants.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Hancock, J. (Appeal from order of Oneida Supreme Court in condemnation proceeding.) Present—Marsh, P. J., Moule, Cardamone and Witmer, JJ.